ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 OCT 27 P 12:42

CLERK
SO. DIST. OF GA.

| | |
|---|---|
| MICHAEL S. ANDERSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CV 106-115 |
| JAMES DONALD, Commissioner, and VICTOR WALKER, Warden, | ) ) ) ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED**, without prejudice.

SO ORDERED this 27th day of October, 2006, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE